**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MICHELLE JOSEPH, an individual and the AMERICAN PATRIOTS ADVOCATING FOR DISABLED RIGHTS, INC., a Nevada Corporation, | ) ) ) ) ) | 2:08-cv-01180-HDM-GWF<br><br>ORDER |

Plaintiffs on behalf of themselves and all others similarly situated,

vs.

GRBSGG, LLC, a Nevada Limited Liability Company, dba MANOR SUITES,

       Defendant.
_____

GRBSGG, LLC, a Nevada Limited Liability Company, dba MANOR SUITES,

       Third-Party Plaintiff,

vs.

KENNETH PETITT, an individual; RAFAEL CONSTRUCTION, INC., a Nevada Corporation; and PREMIER POOLS, INC., a California Corporation,

       Third-Party Defendants.
_____

       On February 17, 2011, Plaintiffs Michelle Joseph and the

1  American Patriots Advocating For Disabled Rights, Inc., Defendant
2  and Third-Party Plaintiff GRBSGG, LLC, dba Manor Suites, and Third-
3  Party Defendants Kenneth Petitt and Rafael Construction, Inc. filed
4  a stipulation for dismissal with prejudice of "the entire action,
5  with each party to bear their own fees and costs incurred herein."
6  (See Docket No. 69.)  Third-Party Defendant Premier Pools, Inc. was
7  not a party to the stipulation for dismissal. *Id.*

8  Premier Pools was served with the summons on June 13, 2009,
9  but has not filed an answer or otherwise participated in
10 litigation. (See Docket No. 25.)

11 A hearing was held on March 3, 2011 regarding the dismissal of
12 this action as to all defendants, including Premier Pools.  None of
13 the parties objected to the dismissal of Premier Pools as a third-
14 party defendant.  Accordingly, Premier Pools is hereby DISMISSED
15 from this action.

16 **IT IS SO ORDERED**.

17 DATED: This 3rd day of March, 2011.

    _____
    UNITED STATES DISTRICT JUDGE

2